# MITCHELL L. PASHKIN, ATTORNEY AT LAW

## DEBT COLLECTION DEFENSE     CONSUMER PROTECTION

### COURT ACTIONS, TRIALS AND APPEALS

Mitchell L. Pashkin, Esq., Principal

**Admitted**
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Southern, Northern, and Western Federal District of New York
New York State

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.  OCT 18 2017  LONG ISLAND OFFICE*

Cell:  (631) 335-1107
Tel:   (631) 629-7709
Fax:   (631) 824-9328

mpash@verizon.net

### 775 PARK AVENUE, STE. 255, HUNTINGTON, NY 11743

Honorable Magistrate Steven I. Locke
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:   2:17-cv-03840-ADS-SIL
      Castellanos v. Gold Key Credit, Inc.
      Motion to Adjourn 10/17/17 Conference

October 17, 2017

Dear Magistrate Locke:

The parties have reached a settlement and require time to execute the settlement agreement. Plaintiff therefore, on consent of Defendant's counsel, requests an adjournment of the October 17th Initial Conference for a period of 30 days to give the parties time to complete the settlement and file a Stipulation of Dismissal.

SO ORDERED: The Court is closing this case for administrative purposes, subject to the terms of the settlement agreement. The parties are granted leave to move to reopen this matter in the event the settlement is not consummated.

s/ Arthur D. Spatt
_____          10/18/17
Arthur D. Spatt, U.S.D.J.            Date